UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDACE ANDERSON,
Individually and on behalf of others similarly situated,
    Plaintiff,

 -vs-                                   Case No. 15-CV-10023
                                        Hon. Linda V. Parker
                                        Magistrate Judge: Mona K. Majzoub

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

## **STIPULATED ORDER OF VOLUNTARY DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the Plaintiff Candace Anderson's claims against Equifax Information Services, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

**SO ORDERED.**

                                                    S/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: September 25, 2015

Stipulated To By:

| | |
|---|---|
| s/Amanda M. Longendyke | s/ By Consent Meryl Roper |
| Amanda M. Longendyky (P-77777) | Meryl Roper |
| Ian B. Lyngklip (P-47173) | King & Spalding LLP |
| LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC | Attorney for Equifax Information Services, LLC |
| | 1180 Peachtree Street |
| Attorney For Candace Anderson | Atlanta, GA 30309 |
| 24500 Northwestern Highway, Ste. 206 | PH: (404) 572-4600 |
| Southfield, MI 48075 | mroper@kslaw.com |
| PH: (248) 208-8864 | |
| Amanda@MichiganConsumerLaw.Com | |
| Ian@MichiganConsumerLaw.Com | |